**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 11, 2023

Mr. Eric Jenkins
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Mr. Frank J. Lawrence Jr.
Lawrence Law
941 Westview Road
Bloomfield Hills, MI 48304

Mr. John S. Pallas
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Re:  Case No. 22-1084, *Rason Horton v. George Stephenson*
      Originating Case No. : 2:08-cv-12798

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **January 25, 2023**.

                                   Sincerely yours,

                                   s/Ryan E. Orme
                                   Case Manager
                                   Direct Dial No. 513-564-7079